Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAY - 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NELSON, <br><br> PLAINTIFF(S) <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 06-1568-RGK (PLAx) <br><br> **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable R. GARY KLAUSNER          District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

LAURA NELSON

recover of the defendant(s):

ARROW FINANCIAL SERVICES

the sum of $100,000                                    , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum         to be determined upon the filing of
a properly noticed motion.

Clerk, U. S. District Court

Dated: May 4, 2007

By Sharon L. Williams
     Deputy Clerk

At: Los Angeles, California

DOCKETED ON CM

MAY 7 2007

BY                    021

cc: *Counsel of record*